IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

       Plaintiff,

   vs.

JUAN LOZANO, et al.,

       Defendants.
_____/

No. CIV-S-12-0877-JAM-KJN-PS

ORDER

On June 27, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

Accordingly, the court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed June 27, 2012, are ADOPTED;

     2. Plaintiff's motion to remand (Dkt No. 3) is granted and this matter is remanded to the Superior Court of California, County of San Joaquin;

     3. Plaintiff's request for attorney's fees and costs is denied; and

     4. The Clerk of Court shall close this file and vacate all dates.

DATED: August 28, 2012

                                        /s/ John A. Mendez

                                        UNITED STATES DISTRICT COURT JUDGE